# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BLAINE MILAM,** *Petitioner*, v. **BOBBY LUMPKIN,** Director, Texas Department of Criminal Justice, Correctional Institutions Division, *Respondent*. | Case No. 6:20-cv-00646  **Capital Case** |

## NOTICE OF APPEAL

*Execution date: January 21, 2020*

Notice is hereby given that Petitioner, Blaine Milam, pursuant to 28 U.S.C. § 1291, 28 U.S.C. § 2253(c), and Federal Rule of Appellate Procedure 4, appeals to the United States Court of Appeals for the Fifth Circuit from the following final orders of this Court:

1. This Court's Order of Transfer (ECF 9), dated December 17, 2020, transferring Mr. Milam' petition for writ of habeas corpus to the United States Court of Appeals for the Fifth Circuit.

Because Mr. Milam previously proceeded *in forma pauperis* in this Court, he requests to do the same in the United States Court of Appeals for the Fifth Circuit.

1

Respectfully submitted this 18th day of December, 2020,

*/s/ Jennae Swiergula*
Jennae R. Swiergula
Texas Defender Service
1023 Springdale Road #14E
Austin, TX 78721
512-320-8300
jswiergula@texasdefender.org

*/s/ Jeremy Schepers*
Jeremy Schepers
Supervisor, Capital Habeas Unit
Office of the Federal Public Defender
Northern District of Texas
525 S. Griffin St., Ste. 629
Dallas, TX 75202
214-767-2746
214-767-2286 (fax)
Jeremy_Schepers@fd.org

**Certificate of Service**

I, Jeremy Schepers, hereby certify that on the 18th day of December, 2020, a copy of the foregoing notice of appeal was delivered via ECF to the Texas Attorney General's Office, counsel Tomee Heining.

*/s/ Jeremy Schepers*
Jeremy Schepers